IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPPI SULTAN LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-00243-BL |
| | ) | |
| STEVEN LOUIS REED, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Phillippi Sultan Lowe, proceeding *pro se* and *in forma pauperis*, initiated this action on April 5, 2026. (*See* docs. 1, 13). He filed an amended complaint the same day, and an "emergency second amended complaint" on April 6, 2025. (*See* docs. 2, 5). On May 19, 2026, the Magistrate Judge recommended that Lowe's amended complaint (doc. 2) be dismissed without the opportunity to amend, that his second amended complaint (doc. 5) be stricken. The Plaintiff filed objections to the recommendation, including a request for the recusal of the Magistrate Judge. (Doc. 15).

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district judge must "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P.

72(b)(3) ("The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to."). A district court's obligation to "make a de novo *determination* of those portions of the report or specified proposed findings or recommendations to which objection is made" requires a district judge to "give *fresh consideration* to those issues to which specific objection has been made by a party." *United States v. Raddatz*, 447 U.S. 667, 673, 675 (1980) (internal quotations and citations omitted) (emphasis in *Raddatz*).

The Plaintiff's objections to the dismissal of his case consist of one large run-on paragraph attempting to assert violations of numerous federal laws on the part of the Defendants. The Plaintiff fails to specifically challenge any legal or factual finding of the Magistrate Judge. The court agrees with the Magistrate Judge that this action is due to be dismissed without further leave to amend.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation (doc. 14) and **DISMISSES** this action without prejudice. The pending motions (docs. 12, 15) are **DENIED AS MOOT**.

The court will enter a separate final judgment.

**DONE** and **ORDERED** on this the 31st day of August, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE